AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
APR 23 2018
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Juan CARRILLO, Jr.<br>YOB: 1988, COC: United States<br><br>*Defendant(s)* | Case No. M-18-0835-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 21, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code § 554 | Did knowingly and willfully attempt to export or send from the United States, any merchandise, article, or object, to wit: approximately 168 (7.62X39mm 30 round capacity) rifle magazines, and approximately 3,000 rounds of 7.62X39mm ammuniton, contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

4/20/18
Approved by
S. Lynn Wang

Sworn to before me and signed in my presence.

_____
Complainant's signature

Gerardo Mercado, HSI Special Agent
*Printed name and title*

Date: 4/23/2018  8:34 a.m.

_____
Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

I. On April 21, 2018, Homeland Security Investigations (HSI) Special Agents (SAs) and U.S. Customs and Border Protection Officers (CBPOs) referred a white Volkswagen sedan bearing Tamaulipas, Mexico license plates (hereinafter referred to as "Subject Vehicle") for an outbound inspection as the Subject Vehicle attempted to exit the United States into Mexico via the Anzalduas Port of Entry (Anzalduas POE) in Mission, Texas. The driver and only occupant of the Subject Vehicle was later identified as Juan CARRILLO, Jr. from Pharr, Texas.

II. During the outbound primary inspection, CARRILLO provided CBPOs with a negative customs declaration for weapons, ammunition, or currency over $10,000.00 USD. CARRILLO advised CBPOs that he was traveling to his father's residence in Reynosa, Mexico. Subsequently, CBPOs noticed inconsistencies under the floormats within the Subject Vehicle and referred CARRILLO to secondary inspection for further inspection.

III. During the outbound secondary inspection, CBPOs discovered approximately 168 rifle magazines (7.62X39mm 30 round capacity), and approximately 3,000 rounds of 7.62X39mm ammunition concealed within the engine compartment area and underneath the driver's and passenger's floormats of the Subject Vehicle.

ATTACHMENT A

IV. At the Anzalduas POE, HSI SAs advised CARRILLO of his Miranda rights and interviewed CARRILLO. CARRILLO admitted to his knowledge of the rifle magazines and ammunition that were concealed within the Subject Vehicle.

V. According to the U.S. Department of State, Office of Defense Trade Controls Compliance (DTCC), the rifle magazines and ammunition found concealed within the Subject Vehicle are determined to being defense articles described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (Title 22 United States Code 2778).